UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HECKLER AND KOCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   No. 1:09-cv-0898-LJM-DML |
| v. | ) |
| | ) |
| LEAPERS, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Heckler & Koch, Inc., states that it is a privately-owned Virginia corporation and that it is a wholly-owned subsidiary of Suhler USA, Inc., an Alabama corporation. Suhler USA, Inc. is a wholly-owned subsidiary of Heckler & Koch GmbH of Oberndorf am Neckar, Germany.

Respectfully submitted,

/s/Darlene R. Seymour
1292 E. 91st Street
Indianapolis, IN 46240
(317) 818-0523
Fax: (317) 566-2453
dseymour@ce-ip.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was served via the court's electronic filing system on the 11th day of August, 2009, to the following counsel of record:

Darlene Seymour
dseymour@ce-ip.com

Brian McGinnis
dmcginnis@ce-ip.com

Aimee Rivera Cole
arivera@smithfisher.com

Donna H. Fisher
dfisher@smithfisher.com


              /s/ Darlene R. Seymour
              1292 E. 91st Street
              Indianapolis, IN 46240
              (317) 818-0523
              (317) 566-2453 - fax
              dseymour@ce-ip.com